UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

     v.               CR 95-075-01 ML

GEORGE SEPULVEDA

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on January 29, 2015 (Docket #1185). No objection has been filed and the time for doing so has passed. The Court, therefore, adopts the Report and Recommendation in its entirety.

Defendant's Motion to Appeal In Forma Pauperis is DENIED because the appeal is not taken in good faith.

Defendant's request for a Certificate of Appealability is also DENIED on the grounds that Defendant has failed to make a substantial showing of the denial of a Constitutional right.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
February 18, 2015