UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

    v.                CR 95-075 ML

GEORGE SEPULVEDA

## AMENDED MEMORANDUM AND ORDER

On February 18, 2015, this Court issued a Memorandum and Order adopting the Report and Recommendation issued by Magistrate Judge Sullivan on January 29, 2015. This Court noted that no objection had been filed by Defendant within the prescribed time. On January 19, 2015, Defendant's Objection was delivered to the Court via the United States Postal Service. The Objection is postmarked February 13, 2015, however, the document itself is dated February 11, 2015. Giving Defendant the benefit of the doubt as to the timeliness of his filing, the Court has now considered his objections to the Report and Recommendation.

Having done so, the Court finds no merit in Defendant's objections to the Report and Recommendation. The Court, therefore, adopts the Report and Recommendation.

Defendant's Motion to Appeal In Forma Pauperis is DENIED and Defendant's Request for a Certificate of Appealability is DENIED, all for the reasons set forth in the Report and Recommendation and the Memorandum and Order issued by this Court on February 18, 2015.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
February 19, 2015