UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEORGE SEPULVEDA,<br>  Defendant. | )<br>)<br>)<br>)  CR. No. 95-75-01-JJM-PAS<br>)<br>)<br>)<br>) |

ORDER on SENTENCE

Pursuant to 18 U.S.C. § 3582, and the Court's Final Order granting George Sepulveda's Motion to Reduce his Sentence dated January 10, 2025 (ECF No. 1388), the Court VACATES the prior Judgment of Conviction in this case and imposes the following sentence:

1. The Court SENTENCES George Sepulveda to a total of 480 months (i.e. 40 years) of imprisonment (i.e., Counts 1, 2, and 4: 480 months; Count 9: 240 months to run concurrently to Counts 1, 2, and 4; and Count 13: 180 months to run concurrently to Counts 1, 2, 4, and 9).

2. Following imprisonment, George Sepulveda shall serve a total of 60 months of SUPERVISED RELEASE (i.e., Counts 1, 2, and 4: 5 years; and Counts 9 and 13: 3 years, to run concurrently to Counts 1, 2, and 4.)

3. Together with the standard CONDITIONS of Supervised Release, George Sepulveda shall:

    a. Serve the first six months in a residential reentry center. While at the facility, he shall comply with all the policies, procedures, and regulations there.

  b. Participate in a program of mental health treatment as directed and approved by the Probation Officer.
  c. Participate in a manualized behavioral program as directed by the Probation Officer. Such program may include group sessions led by a counselor or participation in a program administered by the Probation Officer.
  d. Contribute to the cost of all ordered treatment and testing based on his ability to pay as determined by the probation officer.
  e. Not have any contact with the victim's family.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*
_____
John J. McConnell, Jr.
Chief Judge
United States District Court

October 9, 2025